1  Christopher W. Keegan (S.B.N. 232045)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone:   (415) 439-1400
   Facsimile:   (415) 439-1500
4  Email:       ckeegan@kirkland.com

5  Drew G. A. Peel (admitted in Illinois, filing *pro hac vice*)
   Kathryn F. Taylor (admitted in Illinois, filing *pro hac vice*)
6  KIRKLAND & ELLIS LLP
   200 East Randolph Drive
7  Chicago, Illinois 60601-6636
   Telephone:   (312) 861-2000
8  Facsimile:   (312) 861-2200

9  Attorneys for Defendant
   AON RE, INC.
10

RECEIVED
06 FEB 22 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIG INSURANCE COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>AON RE, INC. and DOES 1-500,<br><br>        Defendants. | CASE NO. C 06-00848 EMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY KATHRYN F. TAYLOR *PRO HAC VICE* |

Kathryn F. Taylor, an active member in good standing of the bar of the Illinois Supreme Court whose business address and telephone number is Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601-6636; telephone: (312) 861-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing AON RE, INC.,

///

///

///

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

6
7  Dated: 3\1\06

   _____
   The Honorable Edward M. Chen
8  United States Magistrate Judge