1  Christopher W. Keegan (S.B.N. 232045)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, California 94104-1501
3  Telephone:    (415) 439-1400
   Facsimile:    (415) 439-1500
4  Email:        ckeegan@kirkland.com

5  Drew G. A. Peel (admitted in Illinois, filing *pro hac vice*)
   Kathryn F. Taylor (admitted in Illinois, filing *pro hac vice*)
6  KIRKLAND & ELLIS LLP
   200 East Randolph Drive
7  Chicago, Illinois 60601-6636
   Telephone:    (312) 861-2000
8  Facsimile:    (312) 861-2200

9  Attorneys for Defendant
   AON RE, INC.
10
                   UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | TIG INSURANCE COMPANY, a California ) | CASE NO. C 06-00848 EMC
   | corporation,                        ) |
14 |                                     ) | [PROPOSED] ORDER GRANTING
   |                  Plaintiff,         ) | APPLICATION FOR ADMISSION OF
15 |                                     ) | ATTORNEY DREW G.A. PEEL *PRO HAC*
   |       vs.                           ) | *VICE*
16 |                                     ) |
   | AON RE, INC. and DOES 1-500,        ) |
17 |                                     ) |
   |                                     ) |
18 |                                     ) |
   |                  Defendants.        ) |
19

20

21        Drew G.A. Peel, an active member in good standing of the bar of the Illinois Supreme Court

22 whose business address and telephone number is Kirkland & Ellis LLP, 200 East Randolph Drive,

23 Chicago, Illinois 60601-6636; telephone: (312) 861-2000, having applied in the above-entitled

24 action for admission to practice in the Northern District of California on a *pro hac vice* basis,

25 representing AON RE, INC.,

26 ///

27 ///

28 ///

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application will
4   constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.

7   Dated: 3/1/06

The Honorable Edward M. Chen
United States Magistrate Judge